IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| IN RE:  Letter of Request from | § | |
| Court of Szczecin, Poland | § | No. |
| in the Matter of W sprawie Grazyny | § | |
| Grafowskiej-Jurkowskiej | § | |
| v. | § | |
| Slawomira Jurkowskiego | § | |

APPLICATION FOR ORDER PURSUANT TO
TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions the Court for an Order pursuant to 28 U.S.C. § 1782 and the Court's inherent authority appointing Assistant United States Attorney Lindsey Beran as commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the above-captioned and attached request.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Lindsey Beran
Lindsey Beran
Assistant United States Attorney
Texas State Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242 1699
Telephone: 214.659.8600
Facsimile: 214. 659.8807
Email: Lindsey.Beran@usdoj.gov



U.S. Department of Justice
Civil Division
Office of International Judicial Assistance

JEDavidson:aeb:lgh

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20004*
*OIJA@usdoj.gov*
*+1 (202) 514-6700*

February 4, 2015

Steve Fahey, Civil Chief
United States Attorney's Office
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, Texas 75242

    Re:  Request for International Judicial Assistance from the Court of Szczecin, Poland in the Matter of W sprawie Grazyny Grafowskiej-Jukowskiej v. Slawomira Jurkowskiego, Case No. II Ns 363/13 Oz 138/14
         Our Reference No.: 189-43-15-25

Dear Mr. Fahey:

      The Office of International Judicial Assistance, within the Civil Division, serves as the U.S. Central Authority for the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (Hague Evidence Convention). 28 C.F.R. § 0.49. Pursuant to that Convention, we have received the above-captioned Letter of Request seeking evidence in a civil matter pending in Poland. We are referring this Request to you for handling. Within thirty days, please provide us with contact information for the individual assigned to handle this matter.

      In its Request, the Polish Court has requested we obtain evidence in the form of a written statement from Cara Eileen Carter, a witness currently located in Plano, TX.

      General instructions for the execution of Letters of Request and frequently asked questions can be found at our website, http://dojnet.doj.gov/civil/ofl/index.html. We urge you to review this material before executing this referral. Should you have additional questions, do not hesitate to contact this office. Before issuing a subpoena to compel testimony, we encourage you to contact the witness, advise her of the nature of the request, and ascertain whether she will agree to furnish these responses informally. In the absence of voluntary compliance, the evidence can be compelled by your office pursuant to 28 U.S.C. § 1782.

      Article 9 of the Hague Evidence Convention requires that requests for evidence be executed "expeditiously." Accordingly, we urge that your office handle this matter as quickly as possible. Given the increasing number of evidence requests that United States litigants send abroad pursuant to the Hague Evidence Convention, often with short discovery deadlines, expeditious handling of evidence requests by the United States may, as a matter of reciprocity,

encourage similar treatment by foreign authorities. We anticipate this Request can be completed within ninety days. If additional time is needed to complete the Request, please provide us a status report by the ninetieth day and every sixty days thereafter.

After you have executed this Request, please return all documents sent with the Request to us so that we may return them to the foreign court. We would also appreciate receiving copies of any pleadings or motions that have been filed by your office in this case.

If you have any questions, please contact us at OFL.OIJA@usdoj.gov.

Thank you in advance for your cooperation and assistance in this matter.

                              Very truly yours,

                              JEANNE DAVIDSON
                              Director

By:

                              ADA E. BOSQUE
                              Senior Litigation Attorney

Enclosures

REQUEST / DEMANDE / WNIOSEK

FOR OBTAINING EVIDENCE OR PREFORMING SOME OTHER JUDICIAL ACT
**par commission rogatoire, d'accompilr des actes d'instruction ou d'autres actes judiciaries**
o przeprowadzenie dowodu lub wykonanie innych czynności sądowych

COURT
**Tribunal ( l'autoritérente)**
Sąd Rejonowy Szczecin Prawobrzeżne i Zachód w Szczecinie
II Wydział Cywilny ul. Plac Żołnierza 16


THE REPUBLIC OF POLAND
**République de Pologne**
Rzeczpospolita Polska

REFERENCE NUMBER OF THE CASE
( REPLYING, PLEASE GIVE THE REFERENCE NUMBER)
**Numéro de reference du dossier**
( á mentionner dans la réponse)
Sygnatura sprawy:
(sygnaturę proszę podać przy odpowiedzi)
    II Ns 363/13 Oz 138/14

TO
(THE DESCRIPTION OF THE REQUESTED AUTHORITY)
A
**(designation de l'utorité equise)**
Do: U.S. Department of Justice
 Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O. Box 14360
Washington, D.C. 20004
United States of Amrica
(nazwa organu wezwanego)

PLAINTIFF/PETITIONER
(FIRST NAME, LAST NAME, ADDRESS OR THE  PLACE OF RESIDENCE OF ENTITY)
**Demendeur:**
**(prenom, nom, domicile, nom et siége pour personne morale)**
W sprawie Grażyny Grafowskiej - Jurkowskiej
ul. Korfantego 2
71-313 Szczecin
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)

REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE)
**représenté(e) par**

JAN 29 2015
189-43-15(25)

reprezentowanemu prze. adw.Elżbieta Zaniemojska – Krze owska70-810 Szczecin ul.Weteranów 2/7
( imię, nazwisko, adres pełnomocnika)

VERSUS:
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
**Contre: défendeur**
( prenom, nom, domicile, nom et siége pour personne morale)
przeciwko/z udziałem:
Sławomira Jurkowskiego
8513 Orchard Hill Dr Plano, Tx 75025
( imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)

REPRESENTED BY
( FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE)
**représenté(e) par**
reprezentowanemu przez:
Marta Świgroń
ul.Mickiewicza 128/7
71-140 Szczecin

( imię, nazwisko, adres pełnomocnika)

KIND AND THE SUBJECT OF THE PROCEEDINGS:
**la nature et l'objet du litige:**
rodzaj i przedmiot postępowania: stwierdzenie nabycia spadku

PURUANT TO THE ARTICLE 1 OF THE CONVENTION OF ARCH 18TH, 1970 ON THE TALKING OF EVIDENCE ABROAD IN A CIVIL OR COMMERCIAL MATTERS COURT KINDLY REQESTS FOR:
**Le tribunal susmentionné demande par commission rogatoire ( Convention sur l'obtention des preuves á l'étranger en matlére clivlie ou commerciale, du 18 mars 1970, article 1):**
zgodnie z art. 1 Konwencji z dnia 18 marca 1970 o przeprowadzenie dowodów za granicą w sprawach cywilnych i handlowych uprzejmie prosi o:
1). HEARING THE WINESS/PARTY
   (FIRST NAME, LAST NAME, ADDRESS)
      **d'entendre le témoin/ la partie**
      **( prenom, nom, domicyle)**
      przesłuchanie świadka:
      Cara Eileen Carter
      8513 Orchard Hill Dr
      Plano, Tx 75025

   ( imię, nazwisko, adres)

THE LIST OF THE QUESTIONS ATTACHED
**Questionnaire de dommission rogatoire ci-joint.**
Lista pytań w załączeniu

THE COURT KINDLY REQUESTS FOR HEARING PARTY:
**Le Tribunal demande á ce que les depositions du témoin / de la partie:**
Sąd uprzejmie prosi, aby zeznanie świadka/ strony:
AFTER INFORMING HIM CRIMINAL LABILITY FOR FALSE OR MISLEADING STATEMENTS.
**ayant été rendu(e) attentive ( attentive) aux sanctions pénaites encourues pour faux témoignage.**
po uprzedzeniu pouczeniu o odpowiedzialności karnej za złożenie fałszywych zeznań:
THAT SHOULD BE RECORDED AND SIGNED BY THE PERSON IN QUESTION.
**soient consignees dans le process-verbal et signée par la personne entendue.**
zostały zaprotokołowane i własnoręcznie przez osobę przesłuchaną podpisane.

2) PERROMING SOME OTHER JUDICAL ACTS:
   **de procéder á d'utres judicialres:**
   o dokonanie innych czynności sądowych:
   ...................................................................................................................
   ...................................................................................................................
   ...................................................................................................................

THE MENTIONED BELOW PERSON(S) SHOULD BE INFORMED ON THE DATE AND PLACE OF PERFORMING THE EVIDENCE:
**La date et lieu de l'exécution de commission rogatiore doivent étre communiqués á:**
o terminie i miejscu przeprowadzenia czynności dowodowej należy zawiadomić:
adw.Elżbieta Zaniemojska – Krześniowska, 70-810 Szczecin ul.Weteranów 2/7
adw.Marta Świrgoń, 71-140 Szczecin ul. Mickiewicza 128/7

THE CORT KINDLY AKS FOR PROVIDING THE RECCORDS OR ANY OTHER DOCUMENTS WHICH WERE DONE IN THE CASE TO THE REQUESTING AUTHORITY AFTER EXECUTION OF THE REQUEST.
**Ayant execute la commission rogatorité l'autorité requise est priée de remettre á l'autorité requérente le procésverbal ou tout autre document dreesé au cours de l'instruction de la mesure soillcitée.**
Po wykonaniu wniosku Sąd uprzejmie prosi o przesłanie protokołu bądź innych dokumentów sporządzonych w sprawie do organu wzywającego.



SEAL OF THE COURT/ **Sceau du Tribunal**/ Pieczęć Sądu

SIGNATURE OF JUDGE / **Signature du Juge** / Podpis Sędziego

Sędzia Sądu Rejonowego
Margdalena Pasieka - Paczek

PRZEWODNICZĄCA
II Wydziału Cywilnego
Sądu Rejonowego Szczecin
Prawobrzeże i Zachód w Szczecinie
Magdalena Pasieka-Paczek

DONNE AT/ THE
**Fait á/le**
Sporządzono w Szczecinie dnia 18.12. 2014r.

III. List of questions to the witness – Cara Eileen Carter (2213 Campbellcroft Dr, Lewisville, TX 75077, USA) -/-

1) What do you know about the relationship of Czesław Jurkowski with Sławomir Jurkowski until 2012? -/-

2) Do you know how childhood and teenage life of Sławomir Jurkowski proceeded in the U.S.? Did he lead a peaceful, comfortable life? -/-

3) What did Sławomir Jurkowski tell you about his father's family in Poland? -/-

4) Do you know why Sławomir Jurkowski had no contact with his father until 2012? -/-

5) Do you know how the contact of Sławomir Jurkowski with Czesław Jurkowski became renewed and on whose initiative? -/-

6) Why did Sławomir Jurkowski go to Poland in September 2012? -/-

7) Had Sławomir Jurkowski previously been in Poland? -/-

8) How did Czesław Jurkowski refer to you and your son-his grandson?

9) What did Sławomir Jurkowski tell you about his stay in Poland in September 2012? -/-

10) Did you maintain constant relations with Czesław Jurkowski after Sławomir Jurkowski's return from Poland? What was the nature of these relationships? -/-

8

11) Do you think that Czesław Jurkowski had any grievances to Sławomir Jurkowski after his stay in Poland in September 2012? -/-

The date of the hearing shall be notified to: -/-

- attorney of the claimant: attorney Elżbieta Zaniemojska-Krześniowska, Kancelaria Adwokacka, ul. Weteranów 2/7, 70-810 Szczecin, -/-

- participant's attorney: attorney Marta Świrgoń, Kancelaria Adwokacka, ul. Mickiewicza 128/7, 71-140 Szczecin". -/-

*[Round seal with Polish national emblem and an inscription in the rim]* -/-

DISTRICT COURT SZCZECIN-PRAWOBRZEŻE I ZACHÓD IN SZCZECIN *2* -/-

*[Oblong seal with an inscription]* -/-

Justice of District Court -/-

Anna Dulska -/-

*[illegible signature]* -/-

---

End of translation

This is to certify that this is a genuine translation of the document in Polish.

Monika Czyż - Sworn translator in English

Repertory number 110/2014

Szczecin, May 16, 2014

III. Lista pytań do świadka - Cara Eileen Carter (2213 Campbellcroft Dr, Lewisville, TX 75077, USA)

IV.

1) Co Pani wiadomo na temat relacji Czesława Jurkowskiego ze Sławomirem Jurkowskim do 2012 r.?

2) Czy wie Pani jak przebiegało dzieciństwo i nastoletnie życie Sławomira Jurkowskiego w USA? Czy miał spokojnie dostanie życie?

3) Co opowiadał Pani Sławomir Jurkowski na temat rodziny ojca w Polsce?

4) Czy wie Pani dlaczego Sławomir Jurkowski nie miał kontaktu ze swoim ojcem do 2012?

5) Czy wie Pani jak doszło do odnowienia kontaktu Sławomira Jurkowskiego z Czesławem Jurkowskim i z czyjej inicjatywy?

6) Po co Sławomir Jurkowski pojechał do Polski we wrześniu 2012 r?

7) Czy wcześniej Sławomir Jurkowski był w Polsce?

8) Jak odnosił się Czesław Jurkowski do Pani i Pani syna - jego wnuczka?

9) Co opowiadał Pani Sławomir Jurkowski o swoim pobycie w Polsce we wrześniu 2012 roku?

10) Czy utrzymywali Państwo stałe relacje z Czesławem Jurkowskim po powrocie Sławomira Jurkowskiego z Polski? Jaki charakter miały te relacje?

11)    11 Czy uważa Pani, że Czesław Jurkowski miał jakiekolwiek pretensje do Sławomira Jurkowskiego po jego pobycie w Polsce we wrześniu 2012 r. ?



PRZEWODNICZĄCA
II Wydziału Cywilnego
Sądu Rejonowego Szczecin
Prawobrzeże i Zachód w Szczecinie
Magdalena Pasieka-Pączek